## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARGONAUT INSURANCE<br>COMPANY | ) <br> ) <br> ) | |
| Plaintiff | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 2:20-cv-117 |
| GENERAL TRADE<br>CORPORATION, SPECIALTY<br>STEEL PRODUCTS, INC., GULF<br>MATERIALS, LLC, GULF<br>TRADING & TRANSPORT, LLC,<br>CLIFFORD C. WISE, AND<br>BARBARA A. WISE | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants | | |

## ORDER

AND NOW, this _____ day of _____, 20__, at __:__ am/pm, upon consideration of the facts set forth in Plaintiff's Verified Complaint and Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction and memorandum in support thereof, and pursuant to Federal Rule of Civil Procedure 65, and it appearing to the Court that immediate and irreparable damage and injury will result to the Plaintiff before Defendants can be heard in opposition if injunctive relief is not issued, and why it should not be required prior to issuance of this Order; and therefore, it is ORDERED, ADJUDGED and DECREED that:

1. Plaintiff's Motion for a Temporary Restraining Order is granted;

2. Defendants, General Trade Corporation, Specialty Steel Products, Inc., Gulf Materials, LLC, Gulf Trading & Transport, LLC, Clifford C. Wise, And Barbara A. Wise, are

prohibited from taking any action that would impair or inhibit their ability to perform their specific obligations under the Indemnity Agreement;

3. Defendants, and anyone acting at the direction or on their behalf, shall be enjoined from taking any actions inconsistent with this Order;

4. This Order shall expire on the _____ day of _____, 20__;

5. The hearing on the preliminary injunction shall occur on the_____ day of _____, 20__, at __:__ am/pm in courtroom _____;

6. Plaintiff shall provide bond in the amount of $_____.

BY THE COURT:

_____J.

9856270.1